IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

AURORA BANK, FSB,

Plaintiff,

v.

PMAC LENDING SERVICES, INC., f/d/a PREFERRED MORTGAGE ALLIANCE CORP.,

Defendant.

## NOTICE OF REMOVAL

Defendant PMAC Lending Services, Inc. ("PMAC") through its undersigned counsel, submits this Notice of Removal of this matter to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446.

1. Plaintiff's Complaint and Jury Demand was served on PMAC on or about January 25, 2013.[1] Plaintiff filed its Complaint in the District Court, Douglas County, State of Colorado, captioned *Aurora Bank, FSB v. PMAC Lending Services, Inc., f/d/a Preferred Mortgage Alliance Corp.* Case No. 2013-CV-107. Plaintiff alleges claims for breach of contract, breach of express warranty and breach of the implied covenant of good faith and fair dealing arising out of the sale of seven loans from Defendant to Plaintiff. Specifically, Plaintiff alleges Defendant falsely represented that the information contained on the loan applications from the third party borrowers was accurate. Plaintiff alleges these alleged misrepresentations constitute a breach of

---

[1] PMAC contends however that it was not served until January 28, 2013.

a Loan Purchasing Agreement and "Seller's Guide" and that such breach has caused damages to Plaintiff. Plaintiff has requested a jury.

2. This Notice of Removal is filed within the thirty-day requirement under 28 U.S.C. § 1446(b). While Defendant disputes the date of service, it is nonetheless filing this Notice of Removal within thirty-days of Plaintiff's stated date of service.

3. "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

4. Diversity jurisdiction exists here. Plaintiff Aurora Bank FSB is a federal savings bank with a business address of 10350 Park Meadows Drive, Littleton, Colorado 80124. Defendant PMAC is a California corporation which maintains its principal place of business in the state of California. Plaintiff admits in the Complaint that Plaintiff and Defendant are citizens of different states. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff's Complaint does not state an amount of damages, however Plaintiff's Complaint seeks damages relating to seven residential mortgages. Plaintiff's counsel has informed the undersigned counsel that Plaintiff is seeking damages well in excess of $75,000. Furthermore, Plaintiff filed a Civil Cover Sheet in the state court stating that, "This party is

[3]

seeking a monetary judgment for more than $100,000.00 against another party, including attorney fees, penalties or punitive damages, but excluding interest and costs."

5. Pursuant to 28 U.S.C. § 1446(d) and D.C.Colo.LCivR 81.1, notice of removal has been sent to all other parties in this action and has been filed with the state court clerk's office. Also, copies of all process, pleadings, and orders served upon PMAC, as well as two sets of all process, pleadings, orders, and other papers in this action are submitted with this Notice and attached as <u>Exhibit A</u>.

DATED this the 25th day of February, 2013.

/s/ Tamara A. Hoffbuhr Seelman
Tamara A. Hoffbuhr Seelman, Esq.
Franz Hardy, Esq.
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
tseelman@gordonrees.com;
fhardy@gordonrees.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system and served electronically via File & Serve Xpress this 25th day of February, 2013 to the following:

Daniel K. Calisher
David S. Canter
Foster Graham Milstein & Calisher LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209

Clerk of the Court
District Court, Douglas County
Colorado
4000 Justice Way, Suite 2009
Castle Rock, CO 80109

s/ Susie Duran
Susie Duran for Gordon & Rees LLP