**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00497-LTB

AURORA BANK, FSB,

    Plaintiff,

v.

PMAC LENDING SERVICES, INC., f/d/a/ PREFERRED MORTGAGE ALLIANCE CORP.,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to File Sur-Reply in Further Opposition to Defendant's Motion to Dismiss (Doc 14 - filed May 9, 2013) is **GRANTED**. The tendered Sur-Reply is accepted for filing.

Dated: May 10, 2013
_____