**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:13-cv-00497-LTB-KLM

AURORA COMMERCIAL CORP.,

     Plaintiff,

v.

PMAC LENDING SERVICES, INC, f/k/a PREFERRED MORTGAGE ALLIANCE
CORP.,

     Defendant.

---

## NOTICE OF SETTLEMENT AND REQUEST TO HOLD CASE IN ABEYANCE

---

Plaintiff Aurora Commercial Corp. ("Plaintiff") and defendant PMAC Lending Services, Inc. f/k/a Preferred Mortgage Alliance Corp. ("Defendant")(collectively "Parties"), by and through their undersigned counsel, submit this Notice of Settlement and Request to Hold Case in Abeyance as follows:

1.    The Parties hereby notify the Court that the parties have reached a settlement in principle of this case.

2.    The parties are in the process of drafting a written Settlement Agreement and Mutual Release reflecting the same ("Agreement").

3.    The parties hereby request that all pending motions and other deadlines in this case by held in abeyance (or otherwise stayed) until the Agreement has been finalized and, thereafter, a Stipulation for Dismissal ("Stipulation") is filed with the Court.

4.     Unless the case has been dismissed in the interim, Plaintiff will file a status report with the Court no later than August 8, 2014, regarding the status of the Agreement and the anticipated date for filing the Stipulation.

WHEREFORE, the Parties respectfully request the Court hold all pending motions and other deadlines in this case in abeyance, and for such other relief as the Court deems just and proper.

DATED this 9th day of July, 2014.

*s/ David S. Canter*
Daniel K. Calisher, Esq.
David S. Canter, Esq.
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303.333.9810
*ATTORNEYS FOR PLAINTIFF*