FOR THE DISTRICT OF COLORADO

Case No. 1:13-cv-00497-LTB-KLM

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

PMAC LENDING SERVICES, INC, f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,

    Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO F**ED**.R.C**IV**.P. 41(a)(1)(A)(ii)**

    Plaintiff Aurora Commercial Corp. ("Plaintiff") and defendant PMAC Lending Services Inc. ("Defendant") (collectively "Parties"), by and through their respective undersigned counsel, submit this Stipulation for Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) ("Stipulation") as follows.

    1.    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this Stipulation, and the Parties' written Settlement Agreement and Mutual Release, the Parties hereby stipulate and agree that the captioned case should be, and hereby is, dismissed ***with prejudice***.

    2.    Each party shall pay its own fees and costs incurred in connection with this action, including but not limited to attorneys' fees and expert expenses.

**IT IS SO STIPULATED.**

DATED this 2nd day of December, 2014.

                        FOSTER GRAHAM MILSTEIN
                            & CALISHER, LLP

                        */s/ Daniel K. Calisher*
                        Daniel K. Calisher
                        David S. Canter
                        360 S. Garfield Street, 6th Floor
                        Denver, Colorado 80209
                        Telephone: 303-333-9810
                        *Attorneys for Plaintiff*


                        GORDON & REES, LLP

                        *s/ Tamara A. Seelman*
                        Franz Hardy
                        Tamara A. Seelman
                        555 17th Street, Suite 3400
                        Denver, Colorado 80202
                        Telephone: 303-534-5160
                        *Attorneys for Defendant*