IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  13-cv-00497-LTB-KLM

AURORA COMMERCIAL CORP.

        Plaintiff,

v.

PMAC LENDING SERVICES, INC.
f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,

        Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc 43 - filed December 2, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   December 3, 2014